### 18164.   CRATON *v.* BROCK CANDY COMPANY. .

Upon a written promise, continuing and unrevoked, to be responsible for a credit of $500 to be extended to another, the promisor was liable for a new debt of that amount incurred by the debtor to the promisee after paying in full his indebtedness previously created as a result of credit extended by the promisee on the faith of the same promise.

DECIDED FEBRUARY 18, 1928.

Action on guaranty; from city court of Floyd county—Judge Bale.  March 7, 1927.

*Porter & Mebane,* for plaintiff in error.  *Graham Wright,* contra.

STEPHENS, J.  1.  Brock Candy Company sued Craton upon his promise in writing, which reads as follows:  "I will be responsible for W. S. Austin up to $500.00, but not over that amount. I would be glad if you would extend to him that amount of credit."

Construing the promise either as one of suretyship or as a guaranty, it continued until revoked; and although the principal,

---

Guaranty, 28 C. J. p. 961, n. 31.
Principal and Surety, 32 Cyc. p. 75, n. 33.

Austin, paid to the plaintiff his entire indebtedness in an amount in excess of $500, which was created as a result of credit extended to him by the plaintiff upon the faith of the defendant's promise, the defendant is nevertheless liable to the extent of $500 under his continuing promise, unrevoked, for a new and additional indebtedness afterwards created by Austin to the plaintiff. See the ruling in this case on demurrer to the petition, *Brock Candy Co. v. Cralon*, 33 *Ga. App.* 690 (127 S. E. 619). Under the undisputed evidence the court properly directed a verdict for the plaintiff in the sum of $500.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*